**Order entered April 9, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00054-CV

**BARBARA MEREDITH, Appellant**

**V.**

**OXFORD TOWNHOMES, LLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07847-B**

## ORDER

Before the Court are the April 7, 2015 unopposed motions of appellant and cross-appellant Oxford Townhomes Addition Homeowner's Association, Inc. for an extension of time to file their briefs. The reporter's record has not been filed. Accordingly, we **DENY** the motions as premature. *See* TEX. R. APP. P. 38.6(a).

In a letter dated March 13, 2015, counsel for cross-appellant requested that Lanetta Williams, Official Court Reporter for the County Court at Law No. 2, prepare the reporter's record for hearings conducted on October 9, 2014 and January 16, 2015. Because the record has not yet been filed, on the Court's own motion, we **ORDER** Lanetta Williams, to file the requested reporter's record by **APRIL 24, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Lanetta Williams and counsel for all parties.

/s/     ELIZABETH LANG-MIERS
          JUSTICE